EAST BATON ROUGE PARISH
Filed Apr 01, 2022 8:07 AM
Deputy Clerk of Court
E-File Received Mar 31, 2022 5:43 PM

C-717401
31

| | |
|---|---|
| **MEGAN PERRONE** | NO. _____ DIV.: _____ |
| | 19th **JUDICIAL DISTRICT** |
| **VERSUS** | |
| | **EAST BATON ROUGE PARISH** |
| **BRANT LADNER, AND PIKE ELECTRIC, LLC** | **STATE OF LOUISIANA** |

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes MEGAN PERRONE, who petitions this Honorable Court as follows:

1.

Plaintiff is a competent person of the full age of majority and domiciled in the Parish of East Baton Rouge, State of Louisiana.

2.

Made defendants herein are:

b) Brant Ladner, a competent person of the full age of majority and domiciled in the State of Mississippi.

c) Pike Electric, LLC, foreign corporation domiciled in North Carolina, through their Registered Agent for Service, Corporation Service Company.

3.

On April 1, 2021, Megan Perrone, was lawfully operating her vehicle in the Parish of East Baton Rouge, when suddenly and without warning, defendant Brant Ladner, negligently failed to yield and collided into the side of Megan's vehicle.

4.

As a result of the accident, Megan sustained injuries to her head, neck and back along with severe emotional distress. Her injuries necessitated appreciable medical treatment.

5.

The injury-causing collision was caused solely by defendant Ladner whose delictual acts and/or omissions include, but are not necessarily limited to, the following:

    a) driving in an unsafe and unreasonable manner and failing to yield;
    b) driving in an inattentive manner;
    c) failing to see what she should have seen;
    d) failing to take the necessary evasive action to avoid the accident and
    e) other acts of legal fault to be proven at trial.

**EXHIBIT A**

2

6.

At the time of the accident sued upon herein, defendant, Ladner was an employee of Pike Electric LLC and was driving their vehicle. Pike Electric LLC is therefore vicariously liable unto plaintiff for their injuries and damages.

7.

As a result of the incident and injuries sued upon herein, Megan has sustained damages including, but not limited to:

a) Medical Expenses;
b) Physical Pain and Suffering;
c) Mental pain and suffering;
d) Loss of earnings and earning capacity;
e) Loss of enjoyment of life;
f) Diminution in value of her vehicle; and
g) All other items of damages to be shown upon trial of this matter.

9.

WHEREFORE, plaintiff pray that the defendants be cited and served to appear and answer this petition and, after all due proceedings are had, that judgment be granted in her favor and against defendants for all damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, reimbursement of all court costs, and for all other equitable relief allowed by law.

Respectfully Submitted:

_____
**LAUREN E. VENTRELLA**
Louisiana Bar Roll No.: 36063
628 St. Joseph St.
Baton Rouge, Louisiana 70802
Telephone:   (225) 383-5080
Facsimile:    (225) 389-0021
Email:  leventrella@gmail.com

*Counsel for plaintiff*

**PLEASE ISSUE SERVICE VIA LONG ARM TO:**

**PIKE ELECTRIC LLC**
Through their Registered Agent: Corporation Services Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

**BRANT LADNER**
1401 Henderson St.
Waveland, MS 39576

**EXHIBIT A**

2

# CITATION
(Long Arm LSA R.S. 13:3205 et seq.)

| | |
|---|---|
| **MEGAN PERRONE** (Plaintiff) | NUMBER C-717401 "31" |
| VS | 19th JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| **BRANT LADNER, ET AL** (Defendant) | STATE OF LOUISIANA |

TO:  PIKE ELECTRIC LLC

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

You are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within **30 DAYS** of the date you were served with the petition.

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on **APRIL 1, 2022**.

*Myrikla Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: VENTRELLA, LAUREN E.**
(225) 383-5080

*Also attached are the following documents:
**PETITION FOR DAMAGES**

CITATION-LONG ARM-2006

# EXHIBIT A

# CITATION
(Long Arm LSA R.S. 13:3205 et seq.)

MEGAN PERRONE
(Plaintiff)

VS

BRANT LADNER, ET AL
(Defendant)

NUMBER C-717401 "31"

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO: BRANT LADNER

GREETINGS:

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

    You are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within **30 DAYS** of the date you were served with the petition.

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.

    This citation was issued by the Clerk of Court for East Baton Rouge Parish, on **APRIL 1, 2022**.

*Myrihli Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: VENTRELLA, LAUREN E.**
                        **(225) 383-5080**

*Also attached are the following documents:
**PETITION FOR DAMAGES**

CITATION-LONG ARM-2006

**EXHIBIT A**

EAST BATON ROUGE PARISH
Filed Jun 15, 2022 2:25 PM
Deputy Clerk of Court
E-File Received Jun 15, 2022 11:20 AM
C-717401
31

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.: 717401                                                                 DIVISION "31"

MEGAN PERRONE

VERSUS

BRANT LADNER, ET AL

FILED:_____                    _____
                                                                    DEPUTY CLERK

### NOTICE TO ADVERSE PARTIES AND STATE COURT OF REMOVAL

Defendant Pike Electric LLC through undersigned counsel, hereby provides notice that on June 15, 2022, defendant Pike Electric LLC filed a Notice of Removal in the United States District Court for the Middle District of Louisiana. A true and correct copy of the Notice is attached hereto as Exhibit "A."

Please take further notice that pursuant to 28 U.S.C. § 1446, the filing of such Notice in the United States District Court, together with the filing of a copy of the Notice with this court, effectuates the removal of this action, and this court may proceed no further unless and until the case is remanded.

Respectfully submitted;

PLAUCHÉ MASELLI PARKERSON L.L.P.

BY: _____
G. BRUCE PARKERSON (#1118) (T.A.)
MATTHEW HABIG (#37707)
701 Poydras Street, Suite 3800
New Orleans, LA 70139
Telephone: (504) 582-1142
Telefax: (504) 582-1172
bparkerson@pmpllp.com
mhabig@pmpllp.com
COUNSEL FOR PIKE ELECTRIC LLC

**EXHIBIT A**

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15th day of June, 2022, served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile or email and/or mailing the same by United States Mail, properly addressed and first class postage prepaid.

*[signature]*

**EXHIBIT A**

2

1061371

```
EAST BATON ROUGE PARISH    C-717401
   Filed Jun 15, 2022 2:25 PM       31
    Deputy Clerk of Court
E-File Received Jun 15, 2022 11:20 AM
```

### UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MEGAN PERRONE** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 3:22-cv-390** |
| **BRANT LADNER, ET AL** | * | **SECTION** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL

TO: The Honorable Judges of the
United States District Court for the
Middle District of Louisiana

PLEASE TAKE NOTICE that, pursuant 28 U.S.C. §§ 1332, 1441 and 1446, Pike Electric LLC, and Brant Ladner defendants in the proceeding entitled "*Megan Perrone v. Brant Ladner, et al*", pending in Division 31 of 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana and bearing docket number 717401 hereby removes this proceeding to the United States District Court for the Middle District of Louisiana.

A copy of this Notice of Removal is being served upon Lauren E. Ventrella, 628 St. Joseph St., Baton Rouge, LA 70802 as counsel of record for plaintiff and a copy of said Notice of Removal is being filed with the Clerk of Court for the 19th Judicial District Court of the Parish of East Baton Rouge, State of Louisiana in conformity with 28 U.S.C. § 1446 (d). Defendants appear for the purpose of removal only and for no other purpose and, reserving all rights and defenses, state as follows:

**EXHIBIT A**

I.

On April 1, 2022, plaintiff, Megan Perrone, filed a Petition for Damages captioned *Megan Perrone v. Brant Ladner and Pike Electric, LLC*, in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, which Court is within the jurisdictional boundaries of the Middle District of Louisiana. (The entire record including the Petition are attached hereto as Exhibit "A")

II.

Long-arm service was made on Pike Electric, LLC on May 20, 2022. No proof of service was filed in the record. (The entire record attached hereto as Exhibit "A"). Brant Ladner waived formal service on June 10, 2022.

III.

According to the allegations of the Petition, plaintiff seeks recovery of damages for bodily injury sustained during a motor vehicle accident. The nature of this action is more fully stated in the attached Petition for Damages.

**BASIS FOR REMOVAL**

IV.

Removal is proper because there is complete diversity between the parties, and the amount in controversy exceeds $75,000, excluding interest and costs. 28 U.S.C. §1332 (a).

1061344

2

**EXHIBIT A**

## COMPLETE DIVERSITY BETWEEN THE PARTIES

V.

At the time of filing of said Petition and now, plaintiff is alleged to be a person of the full age of majority and a citizen of the State of Louisiana.

VI.

Pike Electric, LLC is a limited liability corporation with its sole member as Pike Enterprises, LLC. Pike Enterprises, LLC is a limited liability corporation with its sole member as Pike Corporation. Pike Corporation is a corporation incorporated in North Carolina, with its principal place of business in Mount Airy, North Carolina. Thus, Pike Electric, LLC's citizenship is that of North Carolina.

VII.

Brant Ladner is a person of the full age of majority and is a citizen of the State of Mississippi.

VIII.

Therefore, complete discovery of citizenship exists between plaintiff and defendants.

## AMOUNT IN CONTROVERSY

IX.

Additionally, removal is proper because the amount in controversy exceeds $75,000 exclusive of interest and costs. 28 U.S.C. § 1332(a).

3

1061344

**EXHIBIT A**

X.

Megan Perrone brings an action for damages due to "injuries to her head, neck and back along with severe emotional distress." Her treatment for these injuries is ongoing.

XI.

Defendant was first placed on notice of evidence to exceed the jurisdictional threshold when Defendant received the Petition for damages and Ms. Perrone refused to stipulate to damages below $75,000.

XII.

Based on the allegations for damages set forth in the Petition, and the assertions of plaintiff regarding the amount in controversy, the above captioned civil action is therefore removable to this United States District Court pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

### JURY DEMAND

Defendants are entitled to and request a trial by jury on all issues herein.

For the foregoing facts and legal reasons, defendant, Pike Electric, LLC prays that the above-captioned action be removed to this Court, the United States District Court for the Middle District of Louisiana, in accordance with the provisions of 28 U.S.C. §1441, *et. seq.*

1061344

4

**EXHIBIT A**

Respectfully Submitted:

**PLAUCHÉ MASELLI PARKERSON, LLP**

BY: /s/ *Matthew Habig*
G. BRUCE PARKERSON (#1118) (T.A.)
MATTHEW T. HABIG (#37707)
3800 One Shell Square
701 Poydras Street
New Orleans, LA 70139
bparkerson@pmpllp.com
mhabig@pmpllp.com
Tel: (504) 582-1142; Fax: (504) 582-1172
COUNSEL FOR PIKE ELECTRIC, LLC

### CERTIFICATE OF SERVICE

I do hereby certify that on this 15h day of June, 2022, I have electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ *Matthew Habig*

1061344

5

**EXHIBIT A**